```
                 IN THE UNITED STATES DISTRICT COURT

                       FOR THE DISTRICT OF OREGON
```

JOHN C. CARLGREN,                         6:13-CV-01880-AC

        Petitioner,                   ORDER

v.

RICK COURSEY, Eastern
Oregon Correctional Ins.,

        Respondent.

BROWN, Judge.

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#30) on February 23, 2015, in which he recommends the Court deny Petitioner John C. Carlgren's Petition (#1) for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and deny a certificate of appealability.  Petitioner filed timely Objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has carefully considered Petitioner's Objections and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#30) and, therefore, **DENIES** the Petition (#1) for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and **DENIES** a certificate of appealability.

IT IS SO ORDERED.

DATED this 11th day of May, 2015.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge